IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PORTOFINO TOWER ONE ASSOCIATION AT PENSACOLA BEACH, INC., PORTOFINO TOWER TWO ASSOCIATION AT PENSACOLA BEACH, INC., PORTOFINO TOWER THREE ASSOCIATION AT PENSACOLA BEACH, INC., PORTOFINO TOWER FOUR ASSOCIATION AT PENSACOLA BEACH, INC., and PORTOFINO TOWER FIVE ASSOCIATION AT PENSACOLA BEACH, INC.,

     Appellants,

v.

CHRIS JONES, Property Appraiser for Escambia County, Florida; JANET HOLLEY, Tax Collector for Escambia County, Florida,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5888

Opinion filed October 11, 2017.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Edward P. Fleming and R. Todd Harris of McDonald, Fleming, Moorhead, Pensacola, for Appellants.

Thomas M. Findley and Robert J. Telfer, III of Messer Caparello, P.A., Tallahassee, for Appellees.

Loren E. Levy and Jon F. Morris of the Levy Law Firm, Tallahassee, for Amicus Curiae The Property Appraisers' Association of Florida, Inc., in support of Appellees.

PER CURIAM.

For the reasons stated in *Beach Club Towers Homeowners Ass'n v. Jones*, 1D15-5886 (Fla. 1st DCA Oct. 11, 2017), we reverse the order under review and remand for further proceedings consistent with *Beach Club Towers*.

REVERSED and REMANDED.

OSTERHAUS and WINOKUR, JJ., CONCUR. BOYER, TYRIE, ASSOCIATE JUDGE, DISSENTS.